AO 243
REV 0.52

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

## United States District Court

| Name of Movant | District **MASSACHUSETTS** | |
|---|---|---|
| **KEVIN ROSAS** | Prisoner No. **24778-038** | Docket No. **03-10201-WGY** |
| Place of Confinement **FT. DIX F.C.I., NEW JERSEY** | | |

| UNITED STATES OF AMERICA | (include name upon which convicted) |
|---|---|
| V.    **KEVIN ROSAS** | |
| | (full name of movant) |

### MOTION

1. Name and location of court which entered the judgment of conviction under attack **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

2. Date of judgment of conviction ___**04/08/04**___

3. Length of sentence ___**121 months and 60 months supervised release**___

4. Nature of offense involved (all counts) **Conspiracy to Possess with Intent to Distribute Ct. I / Possession with Intent to Distibute a Controlled Substance Cts. 2-6**

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   **N/A**

6. Kind of trial: (Check one) **N/A**
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial? **N/A**
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction? **N/A**
   Yes ☐ No ☐

AO 243
REV 6

9.  If you did appeal, answer the following:   **N/A**

(a) Name of court_____**N/A**_____

(b) Result _____**N/A**_____

(c) Date of result _____**N/A**_____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒☒

11. If your answer to 10 was "yes," give the following information:

(a) (1)  Name of court _____**N/A**_____

(2)  Nature of proceeding  **N/A**_____

_____

(3)  Grounds raised_____**N/A**_____

_____

_____

_____

_____

_____

(4)  Did you receive an evidentiary hearing on your petition, application or motion? **N/A**
Yes ☐ No ☐

(5)  Result_____**N/A**_____

(6)  Date of result ____**N/A**_____

(b)  As to any second petition, application or motion give the same information:

(1)  Name of court ____**N/A**_____

(2)  Nature of proceeding  **N/A**_____

_____

(3)  Grounds raised____**N/A**_____

_____

_____

_____

_____

_____

AO 243
REV 6/82

(4) Did you receive an evidentiary hearing on your petition, application or motion? **N/A**
    Yes ☐ No ☐

(5) Result____ **N/A** _____

(6) Date of result ____ **N/A** _____

(c) As to any third petition, application or motion, give the same information: **N/A**

(1) Name of court ____ **N/A** _____

(2) Nature of proceeding _____ **N/A** _____

_____

(3) Grounds raised_____ **N/A** _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?    **N/A**
    Yes ☐ No ☐
(5) Result ____ **N/A** _____
(6) Date of Result ____ **N/A** _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion? **N/A**
    (1) First petition, etc.        Yes ☐ No ☐
    (2) Second petition, etc.    Yes ☐ No ☐
    (3) Third petition, etc.      Yes ☐ No ☐
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
        **This is the first appeal of the sentence taken.**

_____

_____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
    CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.
    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
    (a)  Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    (b)  Conviction obtained by use of coerced confession.

(4)

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __THE COURT VIOLATED THE PETITIONER'S SIXTH AMENDMENT__

__RIGHT TO TRIAL BY JURY IN ENHANCING HIS SENTENCE BASED ON FACTS NOT__
__PROVEN TO THE JURY OR ADMITTED TO WITHIN THE PLEA AGREEMENT, AND THE__
~~Supporting FACTS (tell your story *briefly* without citing cases or law:~~
__U.S. SENTENCING GUIDELINES ARE UNCONSTITUTIONAL.__

The U.S. Sentencing Guidelines are unconstitutional because they

allow a defendant's penalty to be enhanced beyond what is authorized

without proof beyond a reasonable doubt to a jury, which violates

the Sixth Amendment right to trial by jury, and allows the government

to give a mandatory minimum based on 'relevant conduct' without proof.

B. Ground two: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): ___N/A___

C. Ground three: ___N/A___

Supporting FACTS (tell your story *briefly* without citing cases or law): ___N/A___

AO 2∕
REV 6 82

D. Ground four:   N/A

Supporting FACTS (tell your story *briefly* without citing cases or law):   N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:   N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing   STEVEN RAPPAPORT, ESQ.

    (b) At arraignment and plea   STEVEN RAPPAPORT, ESQ.

    (c) At trial   N/A

    (d) At sentencing

) 243
.V 6/82

(c) On appeal___N/A_____

_____

(f) In any post-conviction proceeding __Pro Se_____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: ___N/A_____

_____

(b) Give date and length of the above sentence: ___N/A_____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____PRO SE__
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_12 OCTOBER 2004_
(date)

_____
Signature of Movant

(7)

IN THE UNITED STATES DISTRICT COURT
FOR THE        DISTRICT OF *MASSACHUSETTS*

UNITED STATES OF AMERICA    )
                            )
                            )
        vs.                 )    CRIMINAL NUMBER: *03-10201-WGY*
                            )
   *KEVIN ROSAS*            )
                            )
                            )

## <u>PRO SE</u> CERTIFICATE OF SERVICE

I, *KEVIN ROSAS*        , Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District of *MASSACHUSETTS* :

OFFICE OF THE CLERK
U.S. DEPARTMENT OF JUSTICE
UNITED STATES DISTRICT COURT
DISTRICT OF  *MASSACHUSETTS*


And a true and correct copy has been furnished upon the Office of the United States Attorney for the        District of *MASSACHUSETTS* :

ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY
DEPARTMENT OF JUSTICE
DISTRICT OF *MASSACHUSETTS*


I declare under penalty of perjury that the foregoing is true and correct. Executed on this day __*12*__ of __*OCT*__ , 18 *2004*

*Kevin Rosas*