United States District Court

District of Massachusetts

United States of America,

v.                                    Case No. 1:04-cv-12200-WGY

Kevin Rosas

## Delayed Notice of Appeal

Please accept this document as a "Delayed Notice of Appeal" from the denial of the petitioner's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence.

Respectfully,

Dec 17, 2004                          /s/ Kevin Rosas
                                      Kevin Rosas