IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

Case No: 03-10201-WGY

KEVIN ROSAS

    Petitioner.

## PETITIONER'S PRO SE MOTION REQUESTING APPOINTMENT OF COUNSEL

COMES NOW, the petitioner appearing pro se in the above matter, respectfully requesting the Honorable Court to grant this, his Motion for Appointment of Counsel and would show the Court as follows:

1.) The petitioner recieved the denial of his Motion pursuant 28 U.S.C. § 2255 filed 11/10/04 in which he challenged his sentence pursuant to the Supreme Court's ruling in Blakely v. Washington, relying on the fact that his guideline range was increased due to relevant conduct, and also affected his decision to plead guilty. Had the petitioner been informed that drug quantity would have to be proven beyond a reasonable doubt, he may have decided to go to trial and/or negotiated a plea for a lesser penalty.

2.) The Hon. Judge Young granted the petitioner a 'Certificate of Appealability' due to the complexity of the issue and the ongoing litigation in the U.S. Supreme Court; therefore, being that the petitioner is a layman at law and cannot afford an attorney for appeal and is not familiar with appellate procedure, the petitioner is in dire need of experienced counsel for preparation of briefs and any amendments needed post-Fanfan and Booker. See also Dyer v. Crips, 613 F.2d 275    18 U.S.C. § 3006A(g)

**WHEREFORE**, for all of the above reasons and in the interest of justice and fairness, the petitioner respectfully request that he is appointed counsel for appeal.

Respectfully,

Dec. 29, 2004

*Kevin Rosas*
Kevin Rosas

IN THE UNITED STATES DISTRICT COURT
FOR THE              DISTRICT OF Massachusetts

UNITED STATES OF AMERICA )
)
)
vs. ) CRIMINAL NUMBER: 03-CR-10201-WGY
)
Kevin Rosas )
)

### PRO SE CERTIFICATE OF SERVICE

I, Kevin Rosas, Petitioner herein, do hereby certify that an original and two copies of the foregoing filing has been furnished upon the Office of Clerk for the United States District of Massachusetts :

OFFICE OF THE CLERK
U.S. DEPARTMENT OF JUSTICE
UNITED STATES DISTRICT COURT
DISTRICT OF Massachusetts

And a true and correct copy has been furnished upon the Office of the United States Attorney for the         District of Massachusetts :

ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY
DEPARTMENT OF JUSTICE
DISTRICT OF Massachusetts

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day 06 of Jan, 2004

_Kevin Rosas_