# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12200

Kevin Rosas

v.

United States of America

## CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/22/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 12, 2005.

Tony Anastas, Clerk of Court

By: _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __1/12/05__.

_D Burchard_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-12200-WGY

Rosas v. United States of America  
Assigned to: Chief Judge William G. Young  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 10/20/2004  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Kevin Rosas**     represented by    **Kevin Rosas**  
24778-038  
Ft. Dix F.C.I.  
New Jersey, NJ  
PRO SE

V.

**Respondent**

**United States of America**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Kevin Rosas.(Bell, Marie) (Entered: 10/21/2004) |
| 10/20/2004 | 2 | MEMORANDUM by Kevin Rosas In Support of 1 Motion to Vacate/Set Aside/Correct Sentence (2255). (Bell, Marie) (Entered: 10/21/2004) |
| 10/20/2004 |  | If the trial Judge issues an Order of Reference of any |

| | | |
|---|---|---|
| | | matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Bell, Marie) (Entered: 10/21/2004) |
| 11/10/2004 | | Judge William G. Young :ELECTRONIC ORDER entered on Motion to Vacate, Set Aside or Correct Sentence (2255). PETITION DISMISSED SUA SPONTE. THIS CASE WAS HANDLED IN ALL RESPECTS CONSISTENT WITH BLAKELY V. WASHINGTON AS THIS COURT HAS ANTICIPATED THE BLAKELY ANALYSIS. THIS COURT DOES, HOWEVER, REJECT THE ARGUMENT THAT THE SO-CALLED SENTENCING GUIDELINES ARE UNCONSTITUTIONAL ON THEIR FACE IN THEIR ENTIRETY. AS THESE MATTERS ARE COMPLEX, A CERTIFICATE OF APPEALABILITY SHALL ISSUE. cc/cl.(Bell, Marie) (Entered: 11/10/2004) |
| 11/10/2004 | | Civil Case Terminated. (Bell, Marie) (Entered: 11/10/2004) |
| 12/22/2004 | 3 | MOTION for Leave to File Delayed Notice of Appeal by Kevin Rosas.(Bell, Marie) (Entered: 12/29/2004) |
| 01/03/2005 | | Judge William G. Young : ElectronicORDER entered granting 3 Motion for Leave to File Delayed Notice of Appeal. Treating this Document (#3) as the "Delayed Notice of Appeal". cc/cl. (Bell, Marie) (Entered: 01/05/2005) |
| 01/10/2005 | 4 | MOTION to Appoint Counsel by Kevin Rosas. c/s. (Bell, Marie) (Entered: 01/11/2005) |
| 01/12/2005 | | Judge William G. Young : ElectronicORDER entered denying 4 Motion to Appoint Counsel. cc/cl. (Bell, Marie) (Entered: 01/12/2005) |