# United States District Court

DISTRICT OF __Massachusetts__

United States of America  
Plaintiff  24778-038

v.

Kevin Rosas  
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

FILED CLERKS OFFICE  
2005 FEB -7  
U.S. DISTRICT COURT  
DISTRICT OF MASS

CASE NUMBER: 1:04-CV-1220  
04-CV-12200-WGY

I, __Kevin Rosas__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes   [ ] No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __FT. DIX, NEW JERSEY__

    Are you employed at the institution? __YES__   Do you receive any payment from the institution? __YES__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   __N/A__

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   __UNEMPLOYED__

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   [ ] Yes   [X] No
    b. Rent payments, interest or dividends   [ ] Yes   [X] No
    c. Pensions, annuities or life insurance payments   [ ] Yes   [X] No
    d. Disability or workers compensation payments   [ ] Yes   [X] No
    e. Gifts or inheritances   [X] Yes   [ ] No
    f. Any other sources   [ ] Yes   [X] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.   __FAMILY / $100.00 per Mo.__

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _N/A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value. _N/A_

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _NONE_

I declare under penalty of perjury that the above information is true and correct.

_27 JAN. 2004_  _Kein Rosas_
DATE    SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _465.86_ on account to his/her credit at (name of institution) _FCI Ft Dix_. I further certify that the applicant has the following securities to his/her credit: _N/A_. I further certify that during the past six months the applicant's average balance was $ _169.17_.

_2/2/05_    _Inmate Accounts_
DATE    SIGNATURE OF AUTHORIZED OFFICER

# Inmate Account Inquiry

Inmate Register Number: 24778038

Inmate Name: ROSAS, KEVIN
Facility: Fort Dix FCI
Housing Unit: UNIT 5
Living Quarters: P03-185U

## Account Balances

| | |
|---|---|
| Account Balance: | $465.86 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $465.86 |

| | |
|---|---|
| National 6 Months Deposits: | $2,388.17 |
| National 6 Months Withdrawals: | $1,938.81 |
| National 6 Months Avg Daily Balance: | $169.17 |
| Local Max. Balance - Prev. 30 Days: | $515.36 |
| Average Balance - Prev. 30 Days: | $195.44 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Monthly | $50.00 | N.A. |

[Close]