# United States Court of Appeals
## For the First Circuit

No. 05-1053
DC No. 04-cv-12200-WGY

KEVIN ROSAS
Petitioner - Appellant

v.

UNITED STATES
Respondent - Appellee

**ORDER OF COURT**
**Entered: February 11, 2005**

This court has docketed petitioner's appeal from the denial of his petition for relief pursuant to 28 U.S.C. § 2255 in civil action no. 04-12200-WGY (D. Mass.). On November 10, 2004, the district court entered an electronic order dismissing the petition and stating that "[a]s these matters are complex, a certificate of appealability shall issue." Pursuant to Local Rule 22.1, "[i]f the district court grants a certificate of appealability, it must state which issue or issues satisfy the standard set forth in 28 U.S.C. §2253(c)(2)."

We now transmit copies of petitioner's notice of appeal to the district court and request that it specify as to which issue(s) the certificate was granted. See Local Rule 22.1(b). Copies of the district court's ruling shall be forwarded to this court.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 2/11/05

By the Court:
Richard Cushing Donovan, Clerk

**MARGARET CARTER**

By:_____
Chief Deputy Clerk

certified copies: Honorable William G. Young and Mr. William Ruane, ✓Acting Clerk, U.S.D.C. for the district court of Massachusetts

cc: Kevin Rosas
    Dina Michael Chaitowitz, AUSA
    Michael J. Sullivan, USA

SCANNED
DATE: 12 18 04
BY: ___

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.                                                    CASE NO: 1:04-cv-12200 W.G.Y

KEVIN ROSAS


DELAYED NOTICE OF APPEAL

PLEASE ACCEPT THIS DOCUMENT AS A 'DELAYED NOTICE OF APPEAL' FROM THE DENIAL OF THE PETITIONER'S 28 U.S.C. § 2255 MOTION TO VACATE, SET-ASIDE, OR CORRECT SENTENCE.

RESPECTFULLY,

DEC 17, 2004

Kevin Rosas
KEVIN ROSAS

YOUNG D.J.
MOTION ALLOWED
By the Court
Marie Bell
Deputy Clerk 1/17/05 (WGY)

DOCKETED

DOCKETED

3