**MANDATE**

# United States Court of Appeals
## For the First Circuit

*04-12200*
*Boston, MA*
*W. Young*

No. 05-1053

KEVIN ROSAS,

Petitioner,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Boudin, *Chief Judge*,
Campbell and Stahl, *Senior Circuit Judges*.

---

JUDGMENT

Entered: December 9, 2005

Because neither Blakely nor Booker applies retroactively to cases on collateral review, United States v. Fraser, 407 F.3d 9, 11 (1st Cir. 2005) ("[t]his court has held that petitions under 28 U.S.C. § 2255 are unavailable to advance Booker claims"); Cirilo-Munoz v. United States, 404 F.3d 527, 533 (1st Cir. 2005), the district court properly denied the § 2255 petition.

Affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*Jennifer Calardo*
Deputy Clerk

Date: 1·3·06

By the Court:

Richard Cushing Donovan, Clerk.

By: __MARGARET CARTER__
       Chief Deputy Clerk.

[cc: Kevin Rosas, Michael J. Sullivan, Esq. and Dina Michael Chaitowitz, Esq.]